UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ELIZABETH ARROYO-TORO, ) <br> ) <br> Defendant. ) <br> ) | NO.   CR-11-0124-WFN-1 <br><br> ORDER DISMISSING INDICTMENT |

Upon oral motion of the Government, pursuant to a Plea Agreement in Case No. CR-11-107-WFN-22, the Indictment in the instant case shall be dismissed. The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that the Indictment in this matter is **DISMISSED with prejudice**.

The District Court Executive is directed to file this Order, close this file, and provide copies to counsel.

**DATED** this 5th day of June, 2012.

06-05-12

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT